# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL NO. 3:17-MJ-131-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LUIS ANTONIO PASTRANO-AVALOS, | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court *sua sponte*.

To this date, the Defendant remains a fugitive with no recent activity in the case. Accordingly, the Court finds that this case should be administratively closed as to the above-captioned Defendant.

IT IS THEREFORE ORDERED that this case is hereby administratively closed pending the apprehension or appearance of the above-captioned Defendant.

**SO ORDERED**.

Signed: February 12, 2020

David S. Cayer
United States Magistrate Judge